# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO: 22-43626-399 |
| REGINALD DWAYNE MATHIS ) | Chapter 13 |
| ) | |
| ) | Trustee's Objection to Confirmation |
| ) | Original Confirmation Hearing set for: |
| Debtor ) | January 5, 2023  10:00 am |

## TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

**COMES NOW** Diana S. Daugherty, Standing Chapter 13 Trustee, and for her objection to confirmation states as follows:

1. The plan fails to pay the full attorney fee owed per the 2016(b) form.
2. Debtor schedules an interest in a pre-petition cause of action. Box 1.3 of the plan should be checked "included" and Part 5.1 should be amended to state that Debtor is required to notify the court and trustee when the action settles, judgment issued, interest determined, etc. AND that the best interests of creditors test may be re-calculated at that time.

**WHEREFORE** the Trustee prays the Court enter its order denying confirmation of the proposed plan.

| | |
|---|---|
| Dated: December 15, 2022 | /s/ Jennifer M. Pontus |
| | Jennifer M. Pontus MO65660 |
| OBJCONFAF--JMP | Attorney for Trustee |
| | P.O. Box 430908 |
| | St. Louis, MO  63143 |
| | (314) 781-8100  Fax: (314) 781-8881 |
| | trust33@ch13stl.com |

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on December 15, 2022, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on December 15, 2022.

REGINALD DWAYNE MATHIS
1809 ATMORE DR
SAINT LOUIS, MO  63136

| | | |
|---|---|---|
| 22-43626-399 | **TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN** | 12/15/2022 |
| | | Page 2 of 2 |

/s/ Jennifer M. Pontus
Jennifer M. Pontus MO65660