# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| IN RE: | Case No: 22-43626-169  Chapter 13 |
| REGINALD DWAYNE MATHIS | Hearing Date: 01/05/2023 |
| | Hearing Time: 10:00 am |
| | Location: St. Louis, Room 7 South |
| Debtor | |

## TRUSTEE'S MEMORANDUM REGARDING CONFIRMATION OF 1ST AMENDED PLAN

**COMES NOW** Diana S. Daugherty, Standing Chapter 13 Trustee, and states she has no objections to confirmation of the 1st Amended plan.

Dated: December 21, 2022
WDOCNF--JMP

/s/ Jennifer M. Pontus
Jennifer M. Pontus MO65660
Attorney for Trustee
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on December 21, 2022, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on December 21, 2022.

REGINALD DWAYNE MATHIS
1809 ATMORE DR
SAINT LOUIS, MO  63136

/s/ Jennifer M. Pontus
Jennifer M. Pontus MO65660