# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO: 22-43626-169 |
| | ) | Chapter 13 |
| **REGINALD DWAYNE MATHIS,** | ) | Re: Objection to Claim 13 filed by |
| | ) | CIGPFI CORP |
| **Debtor.** | ) | Acct: 4281 |
| | ) | |
| | ) | Re: Doc. No. 31 |

## CERTIFICATION AND ORDER FOR TRUSTEE'S OBJECTION TO CLAIM

The Trustee certifies that she made service in accordance with applicable bankruptcy rules, that 21 days have passed since service of Trustee's objection and that Trustee has received no response in opposition to her objection or that any opposition has been resolved.

ORDCLM--AC
34 OBJ: 06/01/2023

/s/ Diana S. Daugherty
Diana S. Daugherty
Standing Chapter 13 Trustee

## ORDER

Upon Trustee's objection to claim number 13 filed by CIGPFI CORP, for good cause shown, it is ORDERED that the Trustee's objection is SUSTAINED and the claim is denied. The Trustee is to make no payment on the claim.

DATED: June 30, 2023
St. Louis, Missouri
mtc

BONNIE L. CLAIR
Chief United States Bankruptcy Judge

Copy mailed to:

REGINALD DWAYNE MATHIS
1809 ATMORE DR
SAINT LOUIS, MO  63136

WESTBROOK LAW GROUP LLC
515 JEFFERSON ST
STE C
ST CHARLES, MO  63301

SYSTEMS & SVCS TECHNOLOGIES
4315 PICKETT RD
ST JOSEPH, MO  64503

Diana S. Daugherty
Standing Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143

CIGPFI CORP
4315 PICKETT RD
ST JOSEPH, MO  64503